IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ROD BRADSHAW, )
)
        Plaintiff, )
)
v. ) Case No. 17-2578-JTM
)
ESTATE OF PAUL BRADSHAW, et al., )
)
        Defendants. )

## **ORDER**

Before the court is plaintiff's motion to join additional parties (ECF No. 9). The motion is denied because plaintiff has failed to identify the persons he seeks to join as parties and, as to each of those persons, whether he seeks joinder under Fed. R. Civ. P. 19 (on the contention that the person is a required party) or under Fed. R. Civ. P. 20 (on the contention that the person may be joined).

Plaintiff is hereby informed that, within 14 days after he is served with a copy of this order, he may, pursuant to Fed. R. Civ. P. 72 and D. Kan. Rule 72.1.4(a), file written objections to this order by filing a motion to review this order. Plaintiff must file any objections within the 14-day period if he wants to have appellate review of this order. If plaintiff does not timely file his objections, no court will allow appellate review.

    IT IS SO ORDERED.

    Dated November 27, 2017, at Kansas City, Kansas.

O:\ORDERS\17-2578-JTM-9.wpd

_s/ James P. O'Hara_
James P. O'Hara
U. S. Magistrate Judge